UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MAGDALINA KALINCHEVA, M.D., | Case No. 14-CV-0020 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| JESSE NEUBARTH, | |
| Defendant. | |

Magdalina Kalincheva, pro se.

This matter is before the Court on the objection of plaintiff Magdalina Kalincheva to the January 15, 2014 Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham. In that R&R, Judge Graham recommends dismissing Kalincheva's complaint for lack of jurisdiction. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules the objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff's objection [ECF No. 18] and ADOPTS the January 15, 2014 R&R [ECF No. 17]. Accordingly, IT IS HEREBY ORDERED THAT:

1. The complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's application to proceed without prepaying fees or costs [ECF No. 3] is DENIED.

3. Plaintiff's pending motions [ECF Nos. 7-12] are DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 3, 2014            s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge